IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CRAYTONIA BADGER                                         PETITIONER
ADC #162710

v.                         No. 4:24-cv-1100-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                          RESPONDENT

ORDER

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Badger's § 2254 petition, *Doc. 1*, will be dismissed with prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025