IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRAYTONIA BADGER**
ADC #162710                                                                                          **PETITIONER**

v.                               No. 4:24-cv-1100-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                               **RESPONDENT**

## JUDGMENT

Badger's § 2254 petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 April 2025